NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Flores,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Brandon Ekren, et al.,<br><br>　　　　　　　Defendants. | No. CV-18-00843-PHX-CDB<br><br>**ORDER** |

  Plaintiff filed his Motion for Leave to File Second Amended Complaint on September 17, 2020. Defendants filed their Response on October 8, 2020 and Plaintiff filed his Reply on October 21, 2020. Defendants were granted leave to file a Sur-Reply, which was filed on November 3, 2020.

  On November 5, 2020 the Magistrate Judge issued her Report and Recommendation recommending that Plaintiff's Motion for Leave to File Second Amended Complaint be denied. In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

  The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

  **IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 121)

. . .

**IT IS FURTHER ORDERED** denying Plaintiffs' Motion for Leave to File Second Amended Complaint. (Doc. 112)

Dated this 1st day of December, 2020.

_____
Susan R. Bolton
United States District Judge