# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Flores,<br><br>      Plaintiff,<br><br>v.<br><br>B. Ekren, et al.,<br><br>      Defendants. | **NO. CV-18-00843-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Minute Entry filed November 10, 2022, judgment is entered in favor of defendants Brandon Ekren and Michael Pezzelle and against plaintiff. This action is hereby terminated.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

November 14, 2022

                                        s/ Wendy Poth
                                 By   Deputy Clerk